Shai Y. Waisman
Mindy J. Spector
Kevin F. Meade
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x
|  |  :  |  |
| In re | : | Chapter 11 Case No. |
|  | : | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., *et al*., | : | (Jointly Administered) |
|  | : |  |
| Debtors. | : |  |
|  | : |  |
|  | : |  |

-----------------------------------------------------------------------x
|  |  :  |  |
| LEHMAN BROTHERS HOLDINGS INC., on behalf | : |  |
| of itself and as assignee of LEHMAN BROTHERS INC., | : |  |
| and LEHMAN BROTHERS DERIVATIVE | : |  |
| PRODUCTS INC., | : |  |
|  | : | Adv. Pro. No. 10-03562 (JMP) |
| Plaintiffs, | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| AMBAC ASSURANCE CORPORATION, | : |  |
|  | : |  |
| Defendant. | : |  |

-----------------------------------------------------------------------x

## NOTICE OF DISMISSAL PURSUANT TO RULE 7041
## OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

PLEASE TAKE NOTICE that Plaintiffs Lehman Brothers Holdings Inc., on

behalf of itself and as assignee of Lehman Brothers Inc., and Lehman Brothers Derivative

Products Inc., pursuant to Rule 41(a) of the Federal Rules of Civil Procedure made applicable to

adversary cases by Rule 7041 of the Federal Rules of Bankruptcy Procedure, hereby dismiss

their complaint, without prejudice, in the above-captioned Adversary Proceeding.  This notice of

dismissal by Plaintiffs is made as a matter of right because Defendant, Ambac Assurance

Corporation, has not as of this date filed an answer or a motion for summary judgment.


Dated: September 16, 2010
      New York, New York

 

                                      /s/ Shai Y. Waisman
                                      Shai Y. Waisman
                                      Mindy J. Spector
                                      Kevin F. Meade
                                      Weil, Gotshal & Manges LLP
                                      767 Fifth Avenue
                                      New York, New York 10153
                                      (212) 310-8000

                                      *Attorneys for Debtors and Debtors in Possession*